Perry D. Trimble, appellee, v. Harry A. Mills, sheriff of Bureau county, appellant. Gen. No. 7,617.

Replevin. Judgment for plaintiff. Appeal from the Circuit Court of Bureau county; the Hon. Joe A. Davis, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed June 30, 1926.

R. L. and Wm. M. Russell, for appellant. Cairo A. Trimble, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Lillie E. Cross, administratrix of the estate of Robert Cross, deceased, appellee, v. John Panozzo, appellant. Gen. No. 7,626.

Assumpsit for payment on land contract. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. DeSelm, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed June 30, 1926. Rehearing denied August 2, 1926.

C. M. Granger, for appellant. Walter C. Schneider, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Irene Guymon, by John Guymon, appellant, v. Edmond Franey and John Franey, appellees. Gen. No. 7,638.

Action for damage to automobile in collision. Judgment for defendants. Appeal from the Circuit Court of Livingston county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed June 30, 1926.

A. A. Lowry, for appellant. Frank A. Ortman, for appellees; Donovan, Bray & Gray, of counsel.

Mr. Justice Jett delivered the opinion of the court.

---

Mary Azella Scanlon, appellee, v. Kate Samuels, appellant. Gen. No. 7,634.

Action for personal injury. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. George C. Hillyer, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed July 13, 1926.

R. H. Radley and Robert E. Kavanaugh, for appellant. Mary Doubet Cassell and Frederick F. Beckman, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

John Ernest Harwood, appellee, v. Chicago & Eastern Illinois Railway Company, appellant. Gen. No. 7,625.

Action for negligent injury to person and property. Judgment for plaintiff. Appeal from the Circuit Court of Iroquois county; the Hon. Frank L. Hooper, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed July 24, 1926.

Free P. Morris and Roscoe C. South, for appellant; Homer T. Dick, of counsel. C. Helmer Johnson and Claude N. Saum, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.